AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.  **3:21MJ354**
Priority Mail PackageTracking Number )
9505514867631266880215 postmarked September 23, )
2021 )

## APPLICATION FOR A SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Priority Mail Package, 9505514867631266880215, addressed to Attn: Parts Manager 186 E Champlin Rd, Wilmington, OH 45177, with a return address of Carlos Mendoza 39040 Sky Canyon Dr # 109 Murrieta, CA 92563

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized):*

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Joseph L. Rossiter, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence via facetime.

Date: ____09/27/2021____

City and state: Dayton, OH

_____
*'s signature*

United States Magistrate Judge
*name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY MAIL PACKAGE TRACKING NUMBER 9505514867631266880215 | Case No. __3:21MJ354__<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Joseph Rossiter**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the

package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3.      On September 27, 2021, I intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center (NDC). The Package is a Priority Mail brown Ready Post box, bearing tracking number 9505514867631266880215, postmarked September 23, 2021, with the following address information:

> **Sender:**      Carlos Mendoza
> 39040 Sky Canyon Dr # 109,
> Murrieta, CA 92563

> **Addressee:**      Attn: Parts Manager
> 186 E Champlin Rd,
> Wilmington, OH 45177

Through training and experience as a Postal Inspector, I know that Southern California is known drug source location. I also noticed an excessive amount of taping upon the Package.

4.      I performed a check in CLEAR database for the addressee's information on the Package of "Attn: Parts Manager 186 E Champlin Rd, Wilmington, OH 45177." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is a construction company associated with 186 E Champlin Rd, Wilmington, OH 45177. However, as there is no business name on the Package there is no information to verify with the listed recipient address.

5.      I also performed a check in CLEAR for the sender's information listed on the Package of "Carlos Mendoza 39040 Sky Canyon Dr # 109 Murrieta, CA 92563." According to CLEAR, there is no "Carlos Mendoza" associated with 39040 Sky Canyon Dr #109, Murrieta, CA.

6.     On September 27, 2021, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check.  The Package was placed in a controlled area and presented to narcotics-detection canine, "Weston."  As set forth in the attached affidavit of Officer Stewart, "Weston" alerted positively for the presence or odor of a narcotic or other controlled substance on the Package.  "Weston" is a properly trained and certified narcotics-detection canine.

7.     Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no known association between the sender and return address, and (ii) the positive alert of the narcotics-detection canine as well as the excessive taping and the sender address being in a known drug source location are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

Joseph L. Rossiter
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 27th day of September, 2021.

_____
HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

### OFFICER AFFIDAVIT

I, Officer <u>Jeremy Stewart</u>, am and have been employed by the <u>Dayton Police</u>

<u>Department</u> since <u>2014</u>. Among other duties, I am currently the assigned handler of

narcotics detection canine "<u>Weston</u>" which is trained and certified in the detection

of the presence or odor of narcotics described as follows:

<u>Marijuana, Cocaine, Methamphetamine, and Heroin</u>

On __9/27/21__, at the request of Postal Inspector <u>ROSSITER</u>, I responded to the

<u>DAYTON P&DC</u>, where "<u>Weston</u>" did alert to and indicate upon: [describe item]

_9505 5148 6763 1266 8802 15_

_Carlos Mendoza_                          _Attn: Parts Manager_

_39040 Sky Canyon Dr #109,_              _186 E Champlin Rd,_

_Murrieta, CA 92563_                      _Wilmington, OH 45177_

Which, based upon my training and experience and that of "<u>Weston</u>", indicates

there is contained within or upon the above described item, the presence or odor of

a narcotic or other controlled substance.

_____, 20918/9-27-21_____
(Signature, Badge #, and Date)

_____ 9/27/21_____
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009